**Mark A. PANOWICZ, Plaintiff– Appellant,**

v.

**SPRINT NEXTEL CORPORATION; Sharon L. Hancock, in individual capacity; Sharon L. Hancock, Clerk of the Court, Circuit Court for Charles County (in official capacity), Defendants–Appellees.**

No. 11–1051.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 5, 2011.

Mark A. Panowicz, Appellant Pro Se. Ronda Brown Esaw, McGuirewoods, LLP, McLean, Virginia; Hugh Scott Curtis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Panowicz appeals the district court's order dismissing with prejudice his civil complaint for lack of personal jurisdiction and failure to state a claim. *See* Fed.R.Civ.P. 12(b)(2), (b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the hearing held on September 24, 2010. *Panowicz v. Sprint Nextel Corp.,* No. 1:10–cv–00259–LO–TCB (E.D. Va. Dec. 17, 2010; *see* Mot. Hr'g 15–22, ECF No. 36). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*